UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS BRENNAN,

    Plaintiff,

v.                                     CASE NO: 8:07-cv-1848-T-23TGW

THE ROMAN CATHOLIC DIOCESE OF
SYRACUSE NEW YORK, INC.,

    Defendant.
_____/

**O R D E R**

    An August 20, 2008, order (Doc. 21) dismisses this action for lack of personal jurisdiction over the defendant. Following an appeal, a May 12, 2009, mandate (Doc. 26) vacates the August 20, 2008, order and remands the action. On May 12, 2009, the Clerk re-opened the case, and on June 26, 2009, the defendant answered (Doc. 28) the complaint. On June 29, 2009, the plaintiff filed a "Notice of Filing Amended Complaint and Addition of a Party" (Doc. 29). The plaintiff amended the complaint to add Paul Hanrahan as a defendant to assert twelve new claims. The plaintiff failed to obtain leave of court, and the plaintiff provides no indication that the defendant consented in writing to the filing of the amended complaint. See Rule 15(a), Federal Rules of Civil Procedure. Accordingly, the unauthorized amended complaint (Doc. 30) is **STRICKEN**, and the Clerk is directed to electronically delete docket item number 30 from the record.

    ORDERED in Tampa, Florida, on June 30, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE